Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

MAY 29 2026 PM2:05
FILED - USDC - FLMD - TPA

# UNITED STATES DISTRICT COURT

for the

_Midde_ District of _Florida_

_Tampa_ Division

**FILED VIA MAIL**

MAY 2 9 2026

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

Case No.

_(to be filled in by the Clerk's Office)_

8:26-CV-1603-KKM-NHA

Jury Trial: _(check one)_  ☒ Yes  ☐ No

_Victor J. Belilla_

Plaintiff(s)

_(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

-v-

_Wendy V. Aragon Altamirano_

Defendant(s)

_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

   **A.    The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Victor J. Belilla |
   | Street Address | PO Box 1206 |
   | City and County | Lakeland |
   | State and Zip Code | Fl    33802 |
   | Telephone Number | 321 243 0682 |
   | E-mail Address | vbelilla1970@gmail.com |

   **B.    The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

I.F.P.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name — Wendy Aragon

Job or Title *(if known)*

Street Address — 520 Sunny Cr.

City and County — Winter haven

State and Zip Code — Fl 33880

Telephone Number — 863 709 3259

E-mail Address *(if known)* — aragonwendy@hotmail.com

**Defendant No. 2**

Name — Lisvel Belilla

Job or Title *(if known)*

Street Address — 10719 Whittershan dr

City and County — Charlotte

State and Zip Code — NC. 28262

Telephone Number

E-mail Address *(if known)* — belilla20@gmail.com

**Defendant No. 3**

Name — ~~Dennis Furlani~~ Lisvel Belilla

Job or Title *(if known)*

Street Address — ~~7321 Sparadri Clr~~ 5314 Talus Trace lane

City and County — ~~Charlotte~~ Charlotte

State and Zip Code — ~~Charlotte~~ North Carolina 28215

Telephone Number

E-mail Address *(if known)* — belilla20@gmail.com

**Defendant No. 4**

Name — ~~Richard Vidal~~ Wendy Aragon

Job or Title *(if known)*

Street Address — 4604 Magnola Preserve loop

City and County — Winterhaven

State and Zip Code — Fl 33880

Telephone Number — 863 709 3259

E-mail Address *(if known)* — aragonwendy @ hotmail.com

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Supplemental Jurisdiction
28 U.S.C. § 1367

28 U.S.C. § 1331

Venue
28 U.S.C § 1391

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Victor Belilla , is a citizen of the State of *(name)* Florida .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* Wendy Aragon , is incorporated under the laws of the State of *(name)* Florida ,

and has its principal place of business in the State of *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* Lisvel Belilla , is a citizen of the State of *(name)* North Carolina . Or is a citizen of *(foreign nation)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* American Builders Choice, is incorporated under the laws of the State of *(name)* North Carolina , and has its principal place of business in the State of *(name)* North Carolina. Or is incorporated under the laws of *(foreign nation)* , and has its principal place of business in *(name)* North Carolina .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$733 million, dividends, security instruments

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Wendy Aragon and Lisvel Belilla recorded a deed of trust with Mecklenburg County Register of Deeds property address 9226 Stone Abbey Pl Charlotte NC 28215 Defendants filed unauthorized UCC filings against ABC for the amount of $733 million. (American Buildes Choice) manipulated my assets dividends Hacked my phone for years other family members involved

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Compensatory damages exceeding $733 million for the conversion of corporate assets and unauthorized UCC filings -
Punitive damages -
Injunction Relief -
Declaratory Relief -
Accounting - provide accounting of dividends and income. Any other further relief court deems proper

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    5/22/2026

Signature of Plaintiff

Printed Name of Plaintiff    Victor Bebilla

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address